CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 26 2012

JULIA C. DUDLEY, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **EDWARD JAMES EGAN,** | CASE NO. 7:12CV00129 |
| Plaintiff, | |
| | **FINAL ORDER** |
| vs. | |
| **ROANOKE CITY CIRCUIT COURT, ET AL.,** | By: James C. Turk |
| | Senior United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion to amend (ECF No. 2) is **GRANTED**, but his complaint as amended is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

**ENTER:** This 26th day of April, 2012.

_____
Senior United States District Judge